IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM DENNIS and JOANNE DENNIS,

    Plaintiffs,

v.

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, ET AL.,

    Defendants.

No. C 09-02363 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on July 31, 2009 at 9:00 a.m. on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 19, 2009 and a reply brief shall be filed by no later than June 26, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 5, 2009

    _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE